**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                                   Telephone 212-349-0230

**By Email**

September 19, 2022

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.   09/19/2022

                              Re:    **U.S. v. Steven Sylvester**
                                     21 Cr. 358 (VSB)

Dear Judge Broderick:

      This letter is respectfully submitted to request that the sentencing of Mr. Sylvester be scheduled for October 14, 2022 at 11:00 am.   We have been advised by Chambers that is a convenient date and time for Your Honor.

                                            Respectfully submitted,

                                            __/s/Andrew Patel_____
                                            Andrew G. Patel

cc:    Elizabeth Espinosa
       Assistant United States Attorney (By email)