**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                  Telephone 212-349-0230

**By ECF**

June 24, 2024

> The parties are to provide me with a status update regarding Mr. Sylvester's state case and the June 6th arrest by July 10, 2024. In addition, the status conference scheduled for June 25, 2024 is hereby adjourned sine die.
>
> SO ORDERED:
>
> *Vernon Broderick*
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE
> 06/24/2024

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     **U.S. v. Steven Sylvester**
        21 Cr. 358 (VSB)

Dear Judge Broderick:

    Mr. Sylvester was arrested on June 6, 2024, in New York County, on new charges that include attempted murder.   I have been advised by his family that Mr. Sylvester is currently being held on Riker's Island.   Adam Pakula, U.S. Probation Officer Specialist, has informed me that a violation warrant has been filed against Mr. Sylvester.

    I have reached out to Mr. Sylvester attorney on the new arrest but my calls to counsel have not been returned.   We are currently scheduled to appear before Your Honor tomorrow, June 25th, on the violation of supervised release.   In light of the new arrest, does Your Honor want us to appear?

    Respectfully submitted,

    *Andrew Patel*
    Andrew G. Patel

cc:   Elizabeth Espinoza
      Assistant United States Attorney by ECF