**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                         Telephone 212-349-0230

By ECF

September 2, 2025

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  9/3/2025
> The parties shall file a further status update by February 27, 2026 or sooner as set forth below.

Re:    U.S. v. Steven Sylvester
       21 Cr. 358 (VSB)

Dear Judge Broderick:

    This letter is respectfully submitted to update Your Honor as to the status of Mr. Sylvester's cases pending in New York County. I have been advised by Michael Croce, the attorney representing Mr. Sylvester in state court, that Mr. Sylvester's case is currently awaiting trial. Due to Mr. Croce's trial commitments, Mr. Sylvester's case is unlikely to go to trial until near the end of this year.

    To allow time for Mr. Sylvester's case to be resolved either by plea or trial, including any possible sentencing proceeding, the parties respectfully request that Your Honor set date for the next status report in February 2026 that is convenient for Your Honor. Assistant United States Attorney Elizabeth Espinoza has informed me that the Government consents to this proposal. If we learn that we can proceed sooner on the pending violation of supervised release, we will inform Your Honor's Chambers.

    Respectfully submitted,

     Andrew Patel
    Andrew G. Patel

cc:  Elizabeth Espinoza
     Assistant United States Attorney