**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com **Telephone 212-349-0230**

**By ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 09/22/2026

The status conference scheduled for September 24, 2026 is hereby adjourned to November 19, 2026 at 11:00 AM.

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: U.S. v. Steven Sylvester
21 Cr. 358 (VSB)

Dear Judge Broderick:

This letter is respectfully submitted to update Your Honor as to the status of Mr. Sylvester's case in New York County. I have been advised by United States Probation Officer Adam Pakula, that Mr. Sylvester entered a guilty plea on his state court case on September 15, 2026. Sentencing is scheduled for November 16, 2016. It is anticipated that Judge in state court will sentence Mr. Sylvester to prison term of 15 years.

In light of the above, I respectfully request that Your Honor schedule a conference soon after the sentencing in state court to resolve the Violation of Supervised Release pending before Your Honor.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc: Elizabeth Espinoza
Assistant United States Attorney

Adam Pakula
U.S. Probation Officer, Specialist