**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/18/2026

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Ctrm 518
New York, NY 10007

The V.O.S.R. status conference scheduled for November 19, 2026 is hereby adjourned to December 7, 2026 at 1:00 PM.

**Re:** ***United States v. Steven Sylvester*, 21 Cr. 358 (VSB)**

Dear Judge Broderick:

The Government writes with consent of defense and Probation to request an adjournment of the VOSR conference in this matter currently scheduled for November 19, 2026. The defendant in this matter was sentenced in his state criminal case on November 16, 2026, and is awaiting transport by the United States Marshals Service into federal custody on his VOSR. To permit time for the defendant to be transferred, the Government respectfully requests that this matter be adjourned to December 7, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________________
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216